UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

IN RE: POE FINANCIAL GROUP, INC.;
POE INS. MGRS. LLC; POE & ASSOC.,
LLC; and MARIAH CLAIMS SVCS., LLC
(Jt. Admin)

FLORIDA DEPARTMENT OF
FINANCIAL SERVICES ,

    Appellant,

v.                                                 Case No. 8:08-cv-1369-T-30EAJ

POE FINANCIAL GROUP, INC.; POE
INSURANCE MANAGERS, LLC; POE &
ASSOCIATES, LLC; MARIAH CLAIMS
SVCS., LLC,

    Appellee.
_____/

## ORDER

THIS CAUSE comes before the Court upon Appellant's Motion to Supplement the Record on Appeal (Dkt. 9) and Appellant's Motion for an Order Instructing Appellee to File Response to Initial Brief (Dkt. 10). For the reasons stated in open court during a hearing on February 19, 2009, it is hereby ORDERED AND ADJUDGED that:

    1.     Appellant's Motion to Supplement the Record on Appeal (Dkt. 9) is **GRANTED**.

2. Appellant's Motion for an Order Instructing Appellee to File Response to Initial Brief (Dkt. 10) is **GRANTED in part and DENIED** in part. Appellee is directed to file its response to Appellant's initial brief within thirty (30) days of the date hereof.

**DONE** and **ORDERED** in Tampa, Florida on February 19, 2009.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Even\2008\08-cv-1369.mt supplement and for response.frm